( 37491

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-55 DWF/AJB **Case Title:** Lowden v. Board of Trustees, et al.

**Affidavit of Movant**

I, David E. Krause, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Marc Rifkind, an attorney admitted to practice in the ____________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant (see below) in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 58117 Date: 4/10/01

**Affidavit of Proposed Admittee**

I, Marc Rifkind, am currently a member in good standing of the U.S. District Court for the ____________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Marc Rifkind Signature: [signature] Date: 4/4/01

Attorney License Number: 416183

Law Firm Name & Address: Slevin & Hart, P.C.
1625 Massachusetts Avenue, NW Suite 450
Washington, DC 20036

Telephone: (202) 797-8700

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: APR 12 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

*Defendants Sheet Metal Workers' National Pension Fund, its Board of Trustees, and Marc LeBlanc

(8)

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK JEM