(37491)

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-55 DWF/AJB **Case Title:** Lowden v. Board of Trustees, et al.

**Affidavit of Movant**

I, David E. Krause, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jennifer Holmes, an attorney admitted to practice in the ____ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant (see below) in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 58117 4/10/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Jennifer Holmes, am currently a member in good standing of the U.S. District Court for the ____ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jennifer Holmes [signature] 4/5/01
Type/Print Name Signature Date

Attorney License Number: 451967

Law Firm Name & Address: Slevin & Hart, P.C.
1625 Massachusetts Avenue, NW #450
Washington, DC 20036

Telephone: (202) 797-8700

Motion Granted: [signature] APR 12 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

*Defendants Sheet Metal Workers' National Pension Fund, its Board of Trustees, and Marc LeBlanc

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK [initials]

(9)