# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rebecca Vogel Lowden, as mother and natural guardian of Michael Stephen Vogel, a minor, and as conservator of Michael Stephen Vogel

Plaintiff

v.

Case No. Civil 01-55 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

The Board of Trustees of the Sheet Metal Workers' National Pension Fund Construction Employees Plan A, a Trust Fund; the Sheet Metal Workers' National Pension Fund Construction Employees Plan A, a Trust Fund; March LeBlanc, Administrator of the Sheet Metal Workers' National Pension Fund Construction Employees Plan A; and Ruth Smith Wolding, as mother and natural guardian of Andrea C. Smith, a minor

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Sheet Metal Workers national Pension Fund pay the proceeds of $24,282.00 in death benefits to Andrea Smith through her conservator, Ruth A. Olding.

DATE: August 31, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk